IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PATRICK LAWRENCE HENDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS, GREAT FALLS POLICE DEPT., OFFICERS STERGIONES, WATSON, PRICE, and VANCE, and DOES 1 - 4,<br><br>Defendants. | Cause No. CV 25-94-GF-DWM<br><br>ORDER |

Patrick Lawrence Henderson has moved for an extension of time to file his Amended Complaint. (Doc. 10.)

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's motion is GRANTED. (Doc. 10.) Within 21 days of the making of this Order, Henderson shall file an amended complaint. Failure to do so will result in dismissal.

2. If Henderson fails to file an amended complaint, the Clerk is directed to close this matter and enter judgment pursuant to Fed. R. Civ. P. 58.

3. If Henderson fails to file an amended complaint, the Clerk of Court shall have the docket reflect that the appeal of this matter would not be taken in

1

good faith. Failure to file an amended complaint will result in a strike against Henderson within the meaning of 28 U.S.C. § 1915.

4.      At all times, Henderson must immediately advise the Court of any change of address. Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

DATED this \_\_11\_\_ day of December, 2025.

_____
Donald W. Molloy, District Judge
United States District Court