IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PATRICK LAWRENCE HENDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS, GREAT FALLS POLICE DEPT., OFFICERS STERGIONES, WATSON, PRICE, and VANCE, and DOES 1 - 4,<br><br>Defendants. | Cause No. CV 25-94-GF-DWM<br><br>ORDER |

Patrick Lawrence Henderson filed a complaint alleging violations of his civil rights. (Doc. 2.) His Complaint failed to state a claim for relief, but he was granted leave to file an amended complaint. (Doc. 8.) His Amended Complaint may state a claim against Defendants Stergiones, Watson, Price, and Vance, and will be served by separate order. His claims against the City of Great Falls and the Great Falls Police Department are dismissed.

Henderson alleges that Defendants used excessive force against him and denied him medical attention. (Doc. 12 at 4.) He names individual police officers who were involved, as directed by the Court's prior order. (Doc. 8 at 5.) However,

1

Henderson has not identified a policy, custom, or practice on the part of the City of Great Falls or its police department that would subject those defendants to liability. As the Court's previous order advised, to allege a § 1983 claim against the City or the Police Department, Henderson must demonstrate that the alleged constitutional deprivation was the product of a policy or custom of the local governmental unit, because municipal liability must rest on the actions of the municipality, and not the actions of the employees of the municipality, such as the police officers. *See Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690 (1978); *Connick v. Thompson*, 563 U.S. 51, 60 (2011) (explaining that local governments are responsible only for 'their *own* illegal acts,'" and therefore to impose liability on a local government under § 1983, plaintiffs must prove that an "action pursuant to official municipal policy" caused their injury). Henderson has identified no custom or policy that would make these defendants liable under this theory. The City of Great Falls and Great Falls Police Department are dismissed.

Accordingly, it is HEREBY ORDERED:

1.    Defendants City of Great Falls and Great Falls Police Department are DISMISSED. The Clerk of Court is directed to modify the docket to reflect their dismissal.

2.    At all times, Henderson must immediately advise the Court of any change of address. Failure to file a notice of change of address may result in the

dismissal of the action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

DATED this \_16\_ day of January, 2026.

_____
Donald W. Molloy, District Judge
United States District Court