IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PATRICK LAWRENCE HENDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICERS ADAM STERGIONIS, NICK WATSON, ADAM PRICE, and ALEX VANCE,<br><br>Defendants. | CV-25-94-GF-DWM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to written Stipulation by and between the parties, (Doc. 22), the above-entitled action has been fully and finally compromised and settled upon the merits.

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this _15_ day of June, 2026.

_____
Donald W. Molloy, District Judge
United States District Court